**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                               **CRIMINAL CASE NO. 3:20-CR-00137-2 (REP)**

**STEVEN LAMONT BROOKS,**
            **Defendant.**

**ORDER**

This matter is before the Court for consideration of a report and recommendation by the

Magistrate Judge regarding the Magistrate Judge's acceptance of the Defendant's plea of guilty

to the specified charge in the pending matter pursuant to a Fed. R. Crim. P. 11 proceeding

conducted by the Magistrate Judge with the consent of the Defendant and counsel.  It appearing

that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant

was given notice of the right to file specific objections to the report and recommendation that has

been submitted as a result of the proceeding; and it further appearing that no objection has been

asserted within the prescribed time period, it is hereby

ORDERED that the report and recommendation of the Magistrate Judge is ADOPTED

and the Defendant is found guilty of Counts ONE (1) and SEVEN (7) of the Indictment (Count 1

- conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture

and substance containing cocaine; Count 7 - possession with intent to distribute a mixture and

substance containing heroin).

_____ /s/  *R E P*

Robert E. Payne
Senior United States District Judge

Date: April __21__, 2021
Richmond, Virginia